# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN ALLEN VAN DYKE, <br><br> Defendant. | No. 04-CR-81-LRR <br><br> **ORDER** |

_____

The Petition to Revoke Supervision in the above entitled matter is before the court. On February 19, 2019, Defendant Justin Allen Van Dyke appeared for a scheduled revocation hearing. The court **GRANTED** the government's oral motion for a continuance and found that there was probable cause to believe that Defendant had violated the terms of his supervision and ordered Defendant to be detained pending a final revocation hearing. *See* February 19, 2019 Minute Entry (docket no. 39). For the reasons stated at the hearing, the court **ORDERS** that Defendant remain detained in the custody of the United States Marshal Service pending a final revocation hearing. The revocation hearing shall be set by separate order.

  **IT IS SO ORDERED.**

  **DATED** this 19th day of February, 2019.

<br>

                       LINDA R. READE, JUDGE
                       UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF IOWA